**Dismiss and Opinion Filed August 1, 2022**

# S

**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

## No. 05-22-00661-CV

**AMY ANANIAN, Appellant**

**V.**

**CLPF-ONE VICTORY, LP, ET AL., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-07509**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Smith
Opinion by Chief Justice Burns

Before the Court is appellant's July 25, 2022 notice rescinding her appeal.

We construe the notice as a motion to dismiss pursuant to Texas Rule of Appellate

Procedure 42.1(a)(1), grant the motion, and dismiss the appeal.  *See* TEX. R. APP. P.

42.1(a)(1).

220661f.p05

/Robert D. Burns, III//
ROBERT D. BURNS, III
CHIEF JUSTICE

# S
## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

AMY ANANIAN, Appellant

No. 05-22-00661-CV      V.

CLPF-ONE VICTORY, LP, TRANSWESTERN PROPERTY COMPANY WEST, INC. D/B/A TRANSWESTERN, TRANSWESTERN PROPERTY COMPANY SW, GP, LLC D/B/A TRANSWESTERN, TRANSWESTERN PROPERTY COMPANY-WESTERN DIVISION, INC. D/B/A TRANSWESTERN, TRANSWESTERN COMMERCIAL SERVICES CENTRAL REGION, LP D/B/A TRANSWESTERN, TRANSWESTERN COMMERCIAL SERVICES FORT WORTH, LLC D/B/A TRANSWESTERN, TRANSWESTERN INTERESTS, LLC D/B/A FORT WORTH, LLC D/B/A TRANSWESTERN, DAN GESIN, JERRY ABONCE, KEN CAFFEY, FARMER ENVIRONMENTAL GROUP, LLC, DAVID A. WILSON, LARRY SHORT AND ASSOCIATES, LLC D/B/A SHORT & ASSOCIATES, AND CONNOR SHORT, Appellees

On Appeal from the 14th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-20-07509. Opinion delivered by Chief Justice Burns, Justices Goldstein and Smith participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees CLPF-ONE Victory, LP, Transwestern Property Company West, Inc. d/b/a Transwestern, Transwestern Property Company SW, GP, LLC d/b/a Transwestern, Transwestern Property Company-Western Division, Inc. d/b/a Transwestern, Transwestern Commercial Services Central Region, LP d/b/a Transwestern, Transwestern Commercial Services Fort Worth, LLC d/b/a Transwestern, Transwestern Interests, LLC d/b/a Fort Worth, LLC d/b/a Transwestern, Dan Gesin, Jerry Abonce, Ken Caffey, Farmer Environmental Group, LLC, David A. Wilson, Larry Short and Associates, LLC d/b/a Short & Associates, and Connor Short recover their costs, if any, of this appeal from appellant Amy Ananian.

Judgment entered this 1st day of August 2022.